74 A.3d 1026

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Edward BATZIG, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 11, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 11th day of September, 2013, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** Petitioner's sentencing claim. Further, the Superior Court's decision affirming the imposition of a sentence of mandatory life imprisonment without the possibility of parole is **VACATED,** and the matter is **REMANDED** to the Superior Court to remand to the Philadelphia County Court of Common Pleas for a new sentencing hearing pursuant to *Commonwealth v. Batts,* 620 Pa. 115, 66 A.3d 286 (2013).

Jurisdiction relinquished.